UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CLIFFORD E. HARDIN and MAXINE L. HARDIN, | ) ) ) | Case No.: 1:04 CV 2079 |
| Plaintiffs | ) ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) ) | |
| RELIANCE TRUST COMPANY, | ) ) | |
| Defendant | ) | ORDER |

Plaintiffs Clifford and Maxine Hardin (hereinafter, "Plaintiffs" or "the Hardins") filed the instant action on July 27, 2004, against Defendant Reliance Trust Company (hereinafter "Defendant" or "RTC"). Currently pending before the court is Plaintiffs' Motion for Class Certification. (ECF No. 43.) On June 9, 2006, this court granted Defendant's Motion to hold Plaintiffs' Motion for Class Certification in abeyance pending the disposition of Defendant's Motion for Summary Judgment. In light of this Court's Order, dated September 28, 2006, granting Defendant's Motion for Summary Judgment, Plaintiffs' Motion for Class Certification (ECF No. 43) is hereby denied as moot.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

September 28, 2006