UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CLIFFORD E. HARDIN and MAXINE L. HARDIN, | ) ) ) | Case No.: 1:04 CV 2079 |
| Plaintiffs | ) ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) ) | |
| RELIANCE TRUST COMPANY, | ) ) | |
| Defendant | ) | JUDGMENT ENTRY |

Plaintiffs Clifford and Maxine Hardin (hereinafter, "Plaintiffs") filed the instant action on July 27, 2004, against Defendant Reliance Trust Company (hereinafter, "Defendant"). The court, having granted Defendant's Motion for Summary Judgment (ECF No. 81) in a separate Order of this same date, hereby enters judgment for the Defendant and against the Plaintiffs.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

September 28, 2006